# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## (Alexandria Division)

| | |
|---|---|
| **ELWOOD JOHNSON** | ) |
| | ) |
| Plaintiff, | ) |
| **v.** | ) Civil Action No: 1:23cv-1321 |
| | ) |
| **CARRINGTON MORTGAGE SERVICES, LLC** | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Elwood Johnson and Defendant Carrington Mortgage Services, LLC, file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully state to the Court as follows:

There are no longer any issues in this matter between Plaintiff Elwood Johnson and Defendant Carrington Mortgage Services, LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Carrington Mortgage Services, LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

SO ORDERED on this _____ day of April 2024

_____
Leonie M. Brinkema
United States District Judge

Respectfully Submitted,

<u>        /s/ A. Hugo Blankingship, III</u>
A.  Hugo Blankingship, III VSB# 26424
Thomas Bryan Christiano VSB# 43940
Blankingship & Christiano, P.C.
11862 Sunrise Valley Drive, Suite 201
Reston, Virginia 20191
Telephone (571) 313-0412
Facsimile  (571) 313-0582
Email: hugo@blankingship.com
*Attorneys for Plaintiff*

<u>/s/       John C. Lynch</u>
John C. Lynch VSB No. 39267
Jonathan M. Kenney VSB No. 94533
Troutman Pepper
Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
T:(757)687-7500
John.lynch@troutman.com
Jon.kenney@troutman.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

John C. Lynch VSB No. 39267
Jonathan M. Kenney VSB No. 94533
Troutman Pepper
Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
T:(757)687-7500
John.lynch@troutman.com
Jon.kenney@troutman.com
*Attorneys for Defendant*

                                            /s/
                                    A. Hugo Blankingship, III
                                    Va. Bar Number 26424
                                    Attorney for Elwood Johnson
                                    Blankingship & Christiano, P.C.
                                    11862 Sunrise Valley Drive, Ste. 201
                                    Reston, Virginia 20191
                                    Telephone: (571) 313-0412
                                    Facsimile: (571) 313-0582
                                    Email: hugo@blankingship.com