## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### (Alexandria Division)

| | | |
|---|---|---|
| **ELWOOD JOHNSON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| **v.** | ) | Civil Action No: 1:23cv-1321 |
| | ) | |
| | ) | |
| **CARRINGTON MORTGAGE** | ) | |
| **SERVICES, LLC** | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Elwood Johnson and Defendant Carrington Mortgage Services, LLC, file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully state to the Court as follows:

There are no longer any issues in this matter between Plaintiff Elwood Johnson and Defendant Carrington Mortgage Services, LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Carrington Mortgage Services, LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

SO ORDERED on this _12th_ day of April 2024.

_/s/_

Leonie M. Brinkema
United States District Judge